**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL ANGEL GOMEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. MACDONALD,<br><br>　　　　　Respondent. | NO. ED CV 13-01367-VBF-SH<br><br><br>RULE 58 JUDGMENT |

　　　Pursuant to the Court's Order issued this same date, final judgment is hereby entered in favor of the respondent and against the petitioner.

DATED:　　August 14, 2014

　　　　　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE